```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CP PHILLY WEST, LLC             :        CIVIL ACTION
                                :
        v.                      :
                                :
PARAGON WIRELESS GROUP, INC.    :        NO. 24-23
```

## ORDER

AND NOW, this 12th day of September, 2024, for the reasons outlined in the foregoing Memorandum, it is hereby ORDERED that the motion of CP Philly West, LLC and Columbia Sussex Corporation to dismiss the breach of contract counterclaims of Paragon Wireless Group, Inc. (Doc. # 30) is DENIED.

BY THE COURT:

/s/   Harvey Bartle III
                                                    J.